

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00246-CV

Marco Antonio **HERNANDEZ**,
Appellant

v.

Lisa **HERNANDEZ**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-10-03
Honorable Romero Molina, Judge Presiding

# O R D E R

Gay Richey's Notification of Late Reporter's Record is hereby DENIED AS MOOT.

It is so **ORDERED** on June 4, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court